UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STANDARD BUILDING CO., INC. OF GEORGIA | CIVIL ACTION NO. 09-cv-0103 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA RIVERWALK, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaints is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 18th day of February, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE